UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>     Plaintiff,<br><br>v.<br><br>VIRGINIA SENDLER, QUANEEFAH HASTY, and VIOLETTA KASPRZAK,<br><br>     Defendants. | Civil Action No. 2:18-cv-13018<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned appears in this action as attorney for plaintiff Massachusetts Mutual Life Insurance Company.

Dated: September 26, 2018

                                                  s/ *Damien H. Weinstein*
                                                  Damien H. Weinstein
                                                  Fishkin Lucks LLP
                                                  One Riverfront Plaza, Suite 410
                                                  Newark, NJ 07102
                                                  973.536.2800
                                                  dweinstein@fishkinlucks.com
                                                  Attorneys for Plaintiff
                                                  Massachusetts Mutual Life Insurance Company

00056144.1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Notice of Appearance was filed and served this 26th day of September, 2018, via the Court's CM/ECF system to all counsel of record.

s/ *Damien H. Weinstein*
Damien H. Weinstein

00056144.1