Andrew P. Fishkin
Damien H. Weinstein
FISHKIN LUCKS LLP
One Riverfront Plaza, Suite 410
Newark, New Jersey 07102
Telephone: (973) 536-2800
Facsimile: (973) 679-4435
afishkin@fishkinlucks.com
dweinstein@fishkinlucks.com

Attorneys for Plaintiff Massachusetts Mutual
Life Insurance Company

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | )<br>)<br>) CASE NO. 2:18-cv-13018-WHW-CLW |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| VIRGINIA SENDLER, QUANEEFAH HASTY, and VIOLETTA KASPRZAK | )<br>)<br>) |
| Defendants. | |

## PLAINTIFF MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY'S
## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that Plaintiff Massachusetts Mutual Life Insurance Company ("Plaintiff") hereby dismisses with prejudice the above-captioned action against Defendants Virginia Sendler, Quaneefah Hasty, and Violetta Kasprzak, with each party to bear their own costs and attorneys' fees. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this Notice of Dismissal is submitted prior to any Defendant having filed an answer or motion for summary judgment in this matter.

04643560.1                                           11

Respectfully submitted,

/s/ Andrew P. Fishkin
Andrew P. Fishkin
Damien H. Weinstein
FISHKIN LUCKS LLP
One Riverfront Plaza, Suite 410
Newark, New Jersey 07102
Telephone: (973) 536-2800
Facsimile: (973) 679-4435
afishkin@fishkinlucks.com
dweinstein@fishkinlucks.com

**Attorneys for Plaintiff Massachusetts Mutual Life Insurance Company**

IT IS SO ORDERED:
S/ William H. Walls, USDJ

U.S.D.J.

11/14/18

04643560.1

12